# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Cecil Bell,

    Plaintiff,

v.

United States of America,

    Defendant.

No. 22-1875 T
Senior Judge Marian Blank Horn

---

### REQUEST FOR ATTENDANCE AT STATUS CONFERENCE

---

The undersigned Attorney for Plaintiff respectfully requests that the following Attorney, Student Attorneys and Paralegal be allowed to attend the Status Conference in the above-entitled action, scheduled for April 27 at 2:30 p.m. E.D.T.:

    Penelope Boettiger, Student Attorney, Syracuse University College of Law Low Income Taxpayer Clinic;

    Grant Emerson, Student Attorney, Syracuse University College of Law Low Income Taxpayer Clinic;

    Matthew Flug, Student Attorney. Syracuse University College of Law Low Income Taxpayer Clinic;

    Catherine Giller, Paralegal at Legal Aid Society of Mid-New York;

Cameron Rustay, Student Attorney, Syracuse University College of Law Low Income Taxpayer Clinic; and

Alaina Varvaloucas, Attorney at Legal Aid Society of Mid-New York.

Attorney for Plaintiff hereby acknowledges the presence of the foregoing individuals at the aforementioned Status Conference, and hereby waives any challenges to the disclosure of Plaintiff's personal tax information.

*[signature]*

Robert G. Nassau
Attorney for Plaintiffs
Syracuse University College of Law
Office of Clinical Legal Education
P.O. Box 6543
Syracuse, NY 13217-6543
Telephone: 315-443-4582
Facsimile: 315-443-3636
E-mail: Rnassau@syr.edu

Dated: April 27, 2023

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Elizabeth Villareal, Esq.
>Trial Attorney
>US Department of Justice
>Tax Division
>Court of Federal Claims Section
>Post Office Box 26
>Ben Franklin Post Office
>Washington, DC  20044
>Telephone: 202-353-0553
>Fax: 202-514-9440
>E-mail: Elizabeth.Villareal@usdoj.gov

Robert G. Nassau
Attorney for Plaintiffs
Syracuse University College of Law
Office of Clinical Legal Education
P.O. Box 6543
Syracuse, NY 13217-6543
Telephone: 315-443-4582
Facsimile: 315-443-3636
E-mail:  Rnassau@syr.edu

3