# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
                                    *
CECIL BELL,                         *
                                    *
            Plaintiff,              *
                                    *      No. 22-1875T
      v.                            *      Filed: April 27, 2023
                                    *
UNITED STATES,                      *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * *  *
```

**O R D E R**

      On April 27, 2023, the court held a status conference in the above captioned case. As discussed at the status conference, on or before **Thursday, May 18, 2023**, plaintiff shall provide proof of non-residency to defendant. On or before **Thursday, June 1, 2023**, the parties shall file the joint preliminary status report.

      On or before **Friday, June 16, 2023**, plaintiff shall file a motion for summary judgment. On or before **Friday, June 30, 2023**, defendant shall file a cross-motion for summary judgment, and a response to the plaintiff's motion for summary judgment. On or before **Friday, July 7, 2023**, plaintiff shall file a response to the defendant's cross-motion for summary judgment and a reply to the plaintiff's motion for summary judgment. On or before **Friday, July 14, 2023**, defendant shall file a reply brief. If necessary, the court **SCHEDULES** oral argument on the cross-motions for summary judgment for **Wednesday, July 19, 2023, 2:30 p.m., EDT**. The court will inform the parties of the logistics of the status conference at a later date.

      **IT IS SO ORDERED**.

                                                        s/Marian Blank Horn
                                                       **MARIAN BLANK HORN**
                                                              **Judge**